[No. 15211-8-II.   Division Two.   December 7, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY M. HAMRICK, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 91-1-00076-4, H. John Hall, J., entered July 16,

1991. *Affirmed* by unpublished opinion per Alexander, C.J., concurred in by Morgan and Seinfeld, JJ.